*[Handwritten margin notes: "Judgment for Defendants and denial of motion for lack of prosecution. Patti Saris"; "I adopt the report and recommendation, deny the motion"; "3/4/14"]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
MARC FELIX,                   )
                              )
        Plaintiff,            )
                              )    Civil Action No. 11-10071-PBS
v.                            )
                              )
C.P.Q. Freight System, et al.,)
                              )
        Defendants.           )
_____)

REPORT AND RECOMMENDATION ON PLAINTIFF'S
RENEWED MOTION FOR DEFAULT JUDGMENT
[Docket No. 90]

February 10, 2014

Boal, M.J.

Plaintiff Marc Felix ("Felix") filed a renewed motion for default judgment. Docket No. 90.[1] For the following reasons, this Court recommends that the District Judge assigned to this case deny the motion.

I.  BACKGROUND

On January 4, 2012, Felix filed a Second Amended Complaint. Docket No. 43.[2] Felix alleges that on June 23, 2008, a truck operated by C.P.Q. Freight System collided into a Fung Wah Bus Company bus, in which he was a passenger. Amended Complaint at ¶¶ 8, 12. Felix

---

[1] The District Court referred this motion to the undersigned on November 18, 2013. Docket No. 91.

[2] Felix had previously settled with defendant Fung Wah Bus Company. See Docket Nos. 40 and 42.